IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:16-cv-15-D

| | | |
|---|---|---|
| SAMUEL LEE JONES | ) | |
|     Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL[1], | ) | |
| Acting Commisioner of | ) | |
| Social Security, | ) | |
|     Defendant. | ) | |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that Defendant pay to Plaintiff the sum of One Thousand Nine Hundred Eighty-Five and 80/100 ($1,985.80), in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Jonathan H. Winstead, P.O. Box 8444, Rocky Mount, North Carolina 27804, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This **10** day of June 2017.

                                                JAMES C. DEVER III
                                                Chief United States District Judge

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).