UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SAMUEL LEE JONES,           )
                            )
        Plaintiff,           )
                            )   **JUDGMENT IN A CIVIL CASE**
    v.                       )
                            )   **CASE NO. 5:16-CV-15-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,          )
        Defendant.           )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff the sum of One Thousand Nine Hundred Eighty-Five and 80/100 ($1,985.80), in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiffs counsel, Jonathan H. Winstead, P.O. Box 8444, Rocky Mount, North Carolina 27804, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on June 20, 2017, and Copies To:**

| Jonathan Howell Winstead | (via CM/ECF electronic notification) |
| Kaba-Kabi A. Kazadi | (via CM/ECF electronic notification) |

DATE:                         PETER A. MOORE, JR., CLERK
June 20, 2017                 (By) /s/ Nicole Briggeman
                                   Deputy Clerk